

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2025

No. 04-25-00022-CV

**IN RE EGT HOLDINGS, LLC** d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

On January 9, 2025, relators filed a petition for writ of mandamus. Relators also filed a motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on January 14, 2025. After considering the petition, responses, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 14, 2025, is LIFTED.

It is so **ORDERED** on June 11, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-23750, styled *Christopher Blaha and Angela Diaz v. EGT Holdings, LLC d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.